| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Linda C Edwards |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 12-44025 |

Form 4100R

# Response to Notice of Final Cure Payment                                      10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** Wells Fargo Bank, N.A.

Court claim no. (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX4098

**Property address:** 421 E. Wise Rd
Number    Street

Schaumburg, IL 60193
City         State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Post-petition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next post-petition payment from the debtor(s) is due on: _____
MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total post-petition payments due:                                  (a) $   2,533.86
b. Total fees, charges, expenses, escrow, and costs outstanding      +(b) $       0.00
c. **Total.** Add lines a and b                                       (c) $   2,533.86

Creditor asserts that the debtor(s) are contractually
Obligated for the post-petition payment(s) that first became
Due on:                                            02/15/2018
                                                   MM/DD/YYYY
**Post-petition payment amount is $2,165.26 from 2/15/18-3/15/18. The debtor's suspense is $1,796.66.**

Form 4100R                      Response to Notice of Final Cure Payment                     page 1

Debtor 1 __**Linda C Edwards**_____   Case number 12-44025
         First Name   Middle Name   Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the
debtor(s) are not current with all - payments, including all fees, charges, expenses, escrow, and costs,
the creditor must attach an itemized payment history disclosing the following amounts from the date of the
bankruptcy filing through the date of this response:
- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*
☐ I am the creditor
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Toni Townsend
  Signature

| | | | |
|---|---|---|---|
| | | Date | 4/4/2018 |
| Print | Toni  Townsend | Title | Attorney for the Creditor |
| | First Name   Middle Name   Last Name | | |
| Company | McCalla Raymer Leibert Pierce, LLC | | |

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   1 N. Dearborn Suite 1200
          Number          Street

          Chicago, IL 60602
          City            State   Zip Code

Contact phone  (312) 346-9088 X5174        Email  Toni.Townsend@mccalla.com

Debtor 1 **Linda C Edwards** Case number 12-44025
First Name   Middle Name   Last Name

ANKRUPTCY CASE NO. 12-44025

CHAPTER 13

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE Response to the Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on the date listed below.

Linda C Edwards
421 E. Wise Rd
Schaumburg, IL 60193

Joseph P. Doyle                        *(served via ECF)*
Law Office of Joseph P Doyle
105 S. Roselle Road
Suite 203
Schaumburg, IL 60193

Tom Vaughn, Trustee                    *(served via ECF)*
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Patrick S Layng                        *(served via ECF)*
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:  4/4/2018       By:   /s/Toni Townsend
              (date)               Toni Townsend, ILLINOIS BAR NO. 6289370
                                   Attorney for the Creditor

**Debtor name: LINDA C EDWARDS**     **Bk Filing Date: 11/6/2012**     **First PP PmtDueDate/Amt: 11/15/2012 / $1176.50**

| | Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | $0.00 |
| | | | 11/30/2012 | $1,176.50 | | | $1,176.50 |
| | 11/15/2012 | $1,176.50 | | | 12/21/2012 | $1,094.42 | $82.08 |
| | | | 12/31/2012 | $1,176.50 | | | $1,258.58 |
| | | | 1/30/2013 | $1,176.50 | | | $2,435.08 |
| | 12/15/2012 | $1,176.50 | | | 1/31/2013 | $1,094.42 | $246.24 |
| | 1/15/2013 | $1,176.50 | | | 1/31/2013 | $1,094.42 | $246.24 |
| | | | 2/28/2013 | $1,176.50 | | | $1,422.74 |
| | | | 3/29/2013 | $1,176.50 | | | $2,599.24 |
| | 2/15/2013 | $1,176.50 | | | 4/1/2013 | $1,094.42 | $410.40 |
| | 3/15/2013 | $1,176.50 | | | 4/1/2013 | $1,094.42 | $410.40 |
| | | | 4/26/2013 | $1,176.50 | | | $1,586.90 |
| | | | 5/31/2013 | $1,176.50 | | | $2,763.40 |
| | 4/15/2013 | $1,176.50 | | | 6/3/2013 | $1,176.50 | $410.40 |
| | 5/15/2013 | $1,176.50 | | | 6/3/2013 | $1,176.50 | $410.40 |
| | | | 6/28/2013 | $1,176.50 | | | $1,586.90 |
| | | | 7/31/2013 | $1,176.50 | | | $2,763.40 |
| | 6/15/2013 | $1,176.50 | | | 8/15/2013 | $1,176.50 | $410.40 |
| | 7/15/2013 | $1,176.50 | | | 8/15/2013 | $1,176.50 | $410.40 |
| | | | 9/10/2013 | $1,176.50 | | | $1,586.90 |
| | | | 10/9/2013 | $1,176.50 | | | $2,763.40 |
| | 8/15/2013 | $1,176.50 | | | 10/14/2013 | $1,176.50 | $410.40 |
| | 9/15/2013 | $1,176.50 | | | 10/14/2013 | $1,176.50 | $410.40 |
| | | | 11/13/2013 | $1,264.73 | | | $1,675.13 |
| | | | 12/13/2013 | $1,264.73 | | | $2,939.86 |
| | 10/15/2013 | $1,264.73 | | | 12/16/2013 | $1,176.50 | $1,763.36 |
| | 11/15/2013 | $1,264.73 | | | 12/17/2013 | $1,176.50 | $586.86 |
| | | | 1/15/2014 | $1,264.73 | | | $1,851.59 |
| | | | 2/12/2014 | $1,264.73 | | | $3,116.32 |
| | 12/15/2013 | $1,264.73 | | | 2/17/2014 | $1,176.50 | $1,939.82 |
| | | | 3/12/2014 | $1,264.73 | | | $3,204.55 |
| | 1/15/2014 | $1,264.73 | | | 3/12/2014 | $1,176.50 | $2,028.05 |
| | | | 4/16/2014 | $1,264.73 | | | $3,292.78 |
| | 2/15/2014 | $1,264.73 | | | 4/17/2014 | $1,176.50 | $939.78 |
| | 3/15/2014 | $1,264.73 | | | 4/17/2014 | $1,176.50 | $939.78 |
| | | | 5/8/2014 | $1,264.73 | | | $2,204.51 |

**Case Number: 12-44025**                 **Page 1 of 4**

**Debtor name:  LINDA C EDWARDS**      **Bk Filing Date:  11/6/2012**      **First PP PmtDueDate/Amt:  11/15/2012 / $1176.50**

|  | Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|---|---|---|---|---|---|
|  | 4/15/2014 | $1,264.73 |  |  | 5/20/2014 | $1,264.73 | $939.78 |
|  |  |  | 6/19/2014 | $1,264.73 |  |  | $2,204.51 |
| **Escrow** |  |  |  |  | 6/25/2014 | $170.31 | $2,034.20 |
|  | 5/15/2014 | $1,264.73 |  |  | 6/25/2014 | $1,264.73 | $769.47 |
|  |  |  | 8/5/2014 | $1,264.73 |  |  | $2,034.20 |
|  | 6/15/2014 | $1,264.73 |  |  | 9/2/2014 | $1,264.73 | $769.47 |
|  |  |  | 9/17/2014 | $1,264.73 |  |  | $2,034.20 |
|  | 7/15/2014 | $1,264.73 |  |  | 9/19/2014 | $1,264.73 | $769.47 |
|  |  |  | 10/13/2014 | $1,278.92 |  |  | $2,048.39 |
|  | 8/15/2014 | $1,278.92 |  |  | 10/20/2014 | $1,264.73 | $783.66 |
|  |  |  | 11/14/2014 | $1,278.92 |  |  | $2,062.58 |
|  | 9/15/2014 | $1,278.92 |  |  | 11/17/2014 | $1,264.73 | $797.85 |
|  |  |  | 1/7/2015 | $2,529.46 |  |  | $3,327.31 |
|  | 10/15/2014 | $1,220.69 |  |  | 1/13/2015 | $1,264.73 | $2,062.58 |
|  |  |  | 2/13/2015 | $2,881.77 |  |  | $4,944.35 |
|  | 11/15/2014 | $2,881.77 | 2/27/2015 | $2,881.77 | 2/27/2015 | $1,264.73 | $5,296.66 |
|  | 12/15/2014 | $2,881.77 |  |  | 2/27/2015 | $1,264.73 | $5,296.66 |
|  |  |  | 3/16/2015 | $2,881.77 |  |  | $8,178.43 |
|  | 1/15/2015 | $2,881.77 |  |  | 3/26/2015 | $2,881.77 | $5,296.66 |
|  |  |  | 4/10/2015 | $2,881.77 |  |  | $8,178.43 |
|  | 2/15/2015 | $2,881.77 |  |  | 5/12/2015 | $1,278.92 | $4,341.67 |
|  | 3/15/2015 | $2,881.77 |  |  | 5/12/2015 | $1,278.92 | $4,341.67 |
|  | 4/15/2015 | $2,881.77 |  |  | 5/12/2015 | $1,278.92 | $4,341.67 |
|  |  |  | 5/15/2015 | $1,992.41 |  |  | $6,334.08 |
|  |  |  | 6/19/2015 | $1,992.41 |  |  | $8,326.49 |
|  | 5/15/2015 | $1,992.41 |  |  | 7/16/2015 | $2,881.77 | $5,444.72 |
|  |  |  | 8/28/2015 | $1,992.41 |  |  | $7,437.13 |
|  | 5/15/2015 | ($1,992.41) |  |  | 9/4/2015 | ($2,881.77) | $10,318.90 |
|  |  |  | 10/9/2015 | $1,992.41 |  |  | $12,311.31 |
|  | 5/15/2015 | $1,992.41 |  |  | 10/26/2015 | $1,992.41 | $10,318.90 |
|  | 6/15/2015 | $1,992.41 |  |  | 10/26/2015 | $1,992.41 | $8,326.49 |
|  | 7/15/2015 | $1,992.41 |  |  | 10/27/2015 | $1,992.41 | $6,334.08 |
|  | 8/15/2015 | $1,992.41 |  |  | 10/27/2015 | $1,992.41 | $4,341.67 |
|  |  |  | 12/6/2015 | $1,992.41 |  |  | $6,334.08 |
|  | 9/15/2015 | $1,992.41 |  |  | 12/18/2015 | $1,992.41 | $4,341.67 |
|  | 10/15/2015 | $1,961.77 |  |  | 12/21/2015 | $1,961.77 | $2,379.90 |

**Case Number:  12-44025**      **Page 2 of 4**

**Debtor name:  LINDA C EDWARDS**       **Bk Filing Date:  11/6/2012**       **First PP PmtDueDate/Amt:  11/15/2012 / $1176.50**

|  | Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|---|---|---|---|---|---|
|  | 11/15/2015 | $1,961.77 |  |  | 12/21/2015 | $1,961.77 | $418.13 |
|  |  |  | 1/15/2016 | $1,961.77 |  |  | $2,379.90 |
|  | 12/15/2015 | $1,961.77 |  |  | 1/21/2016 | $1,961.77 | $418.13 |
|  |  |  | 2/10/2016 | $1,961.77 |  |  | $2,379.90 |
|  | 1/15/2016 | $1,961.77 |  |  | 2/12/2016 | $1,961.77 | $418.13 |
|  |  |  | 2/23/2016 | $2,030.71 |  |  | $2,448.84 |
|  | 2/15/2016 | $2,028.42 |  |  | 2/24/2016 | $2,030.71 | $418.13 |
|  |  |  | 3/18/2016 | $2,029.55 |  |  | $2,447.68 |
|  | 3/15/2016 | $2,028.42 |  |  | 3/23/2016 | $2,029.55 | $418.13 |
|  |  |  | 4/22/2016 | $2,028.42 |  |  | $2,446.55 |
|  | 4/15/2016 | $2,028.42 |  |  | 4/26/2016 | $2,028.42 | $418.13 |
|  |  |  | 6/22/2016 | $2,028.42 |  |  | $2,446.55 |
|  | 5/15/2016 | $2,028.42 |  |  | 6/23/2016 | $2,028.42 | $418.13 |
|  |  |  | 7/29/2016 | $2,028.42 |  |  | $2,446.55 |
|  | 6/15/2016 | $2,028.42 |  |  | 8/1/2016 | $2,028.42 | $418.13 |
|  |  |  | 9/14/2016 | $2,028.42 |  |  | $2,446.55 |
|  | 7/15/2016 | $2,028.42 |  |  | 9/15/2016 | $2,028.42 | $418.13 |
|  |  |  | 10/14/2016 | $2,028.42 |  |  | $2,446.55 |
|  | 8/15/2016 | $2,028.42 |  |  | 10/17/2016 | $2,028.42 | $418.13 |
|  |  |  | 11/17/2016 | $2,028.42 |  |  | $2,446.55 |
|  | 9/15/2016 | $2,028.42 |  |  | 11/22/2016 | $2,028.42 | $418.13 |
|  |  |  | 12/16/2016 | $1,995.02 |  |  | $2,413.15 |
|  | 10/15/2016 | $1,995.02 |  |  | 12/19/2016 | $1,995.02 | $418.13 |
|  |  |  | 1/13/2017 | $2,073.11 |  |  | $2,491.24 |
|  | 11/15/2016 | $2,073.11 |  |  | 1/17/2017 | $2,073.11 | $418.13 |
|  |  |  | 2/15/2017 | $2,073.11 |  |  | $2,491.24 |
|  | 12/15/2016 | $2,073.11 |  |  | 2/16/2017 | $2,073.11 | $418.13 |
|  |  |  | 2/23/2017 | $2,073.11 |  |  | $2,491.24 |
|  | 1/15/2017 | $2,073.11 |  |  | 2/24/2017 | $2,073.11 | $418.13 |
|  | 2/15/2017 | $2,073.11 | 3/9/2017 | $2,073.11 | 3/9/2017 | $2,073.11 | $418.13 |
|  | 3/15/2017 | $2,073.11 | 3/14/2017 | $2,073.11 | 3/14/2017 | $2,073.11 | $418.13 |
|  |  |  | 4/14/2017 | $82.08 |  |  | $500.21 |
|  | 4/15/2017 | $2,073.11 | 4/14/2017 | $2,073.11 | 4/14/2017 | $2,073.11 | $0.00 |
| Principal |  |  |  |  | 4/14/2017 | $500.21 | $0.00 |
|  | 5/15/2017 | $2,073.11 | 5/30/2017 | $2,073.11 | 5/30/2017 | $2,073.11 | $0.00 |
| Principal |  |  | 5/30/2017 | $926.89 | 5/30/2017 | $926.89 | $0.00 |

**Case Number:  12-44025**                                                                                                   **Page  3  of  4**

| Debtor name: | LINDA C EDWARDS | | Bk Filing Date: | 11/6/2012 | | First PP PmtDueDate/Amt: | 11/15/2012 / $1176.50 |

|  | Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|---|---|---|---|---|---|
|  | 6/15/2017 | $2,073.11 | 7/10/2017 | $2,073.11 | 7/10/2017 | $2,073.11 | $0.00 |
| **Principal** |  |  | 7/10/2017 | $926.89 | 7/10/2017 | $926.89 | $0.00 |
|  |  |  | 9/10/2017 | $2,073.11 |  |  | $2,073.11 |
|  | 7/15/2017 | $2,073.11 |  |  | 9/11/2017 | $2,073.11 | $0.00 |
|  |  |  | 10/13/2017 | $2,073.11 |  |  | $2,073.11 |
|  | 8/15/2017 | $2,073.11 |  |  | 10/16/2017 | $2,073.11 | $0.00 |
|  |  |  | 11/10/2017 | $2,073.11 |  |  | $2,073.11 |
|  | 9/15/2017 | $2,073.11 |  |  | 11/13/2017 | $2,073.11 | $0.00 |
|  |  |  | 11/16/2017 | $200.00 |  |  | $200.00 |
|  |  |  | 12/13/2017 | $1,854.49 |  |  | $2,054.49 |
|  | 10/15/2017 | $2,054.49 |  |  | 12/14/2017 | $2,054.49 | $0.00 |
|  | 11/15/2017 | $2,165.26 | 1/12/2018 | $2,073.11 | 1/12/2018 | $2,073.11 | $0.00 |
|  | 12/15/2017 | $2,165.26 | 1/22/2018 | $2,073.11 | 1/22/2018 | $2,073.11 | $0.00 |
|  | 1/15/2018 | $2,165.26 | 2/14/2018 | $2,073.11 | 2/14/2018 | $2,073.11 | $0.00 |
|  | 2/15/2018 | $2,165.26 | 3/15/2018 | $2,073.11 | 3/15/2018 | $2,073.11 | $0.00 |
|  | 2/15/2018 | ($2,165.26) |  |  | 3/20/2018 | ($2,073.11) | $2,073.11 |
|  | 1/15/2018 | ($2,165.26) |  |  | 3/20/2018 | ($2,073.11) | $4,146.22 |
|  | 12/15/2017 | ($2,165.26) |  |  | 3/20/2018 | ($2,073.11) | $6,219.33 |
|  | 11/15/2017 | ($2,165.26) |  |  | 3/20/2018 | ($2,073.11) | $8,292.44 |
|  | 11/15/2017 | $2,165.26 |  |  | 3/21/2018 | $2,165.26 | $6,127.18 |
|  | 12/15/2017 | $2,165.26 |  |  | 3/21/2018 | $2,165.26 | $3,961.92 |
|  | 1/15/2018 | $2,165.26 |  |  | 3/21/2018 | $2,165.26 | $1,796.66 |
| **Due** | 2/15/2018 | $2,165.26 |  |  |  |  |  |
| **Due** | 3/15/2018 | $2,165.26 |  |  |  |  |  |
| **Totals** |  | $116,209.20 |  | $109,401.57 |  | $107,604.91 |  |

Case Number: 12-44025                                                                                         Page 4 of 4