IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| LINDA C. EDWARDS | ) NO. 12-44025 |
| | ) |
| DEBTOR | ) Chapter 13 |
| | ) |
| | ) Judge: Carol A. Doyle |

### WITHDRAWAL OF NOTICE OF FINAL CURE (Doc#. 66)

COMES NOW Wells Fargo Bank, N.A. and withdrawals the following Notice of Final Cure:

Creditor Name:  Wells Fargo Bank, N.A.

Response to Notice of Final Cure Filed Date:  4/4/2018

Response to Notice of Final Cure Claim Number/Docket Number:  3/66

This 9th day of April, 2018.

/s/*Heather D. Bock*
/s/ Heather D. Bock
Authorized Agent for Creditor
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076
Phone: 678-281-6444
Heather.Bock@mccalla.com

In Re:   Linda C. Edwards            Bankruptcy Case No.:   12-44025

Chapter:            13

CERTIFICATE OF SERVICE

I, Heather D. Bock, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within Withdrawal of Notice of Final Cure filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Linda C. Edwards
421 E Wise Road
Schaumburg, IL 60193

Joseph P Doyle                          *(served via ECF Notification)*
Law Office of Joseph P Doyle
105 S Roselle Road, Suite 203
Schaumburg, IL 60193

Tom Vaughn                              *(served via ECF Notification)*
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Patrick S Layng                         *(served via ECF Notification)*
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   4/9/2018        By:    /s/ *Heather D. Bock*
                 (date)                Heather D. Bock
                                       Authorized Agent for Wells Fargo Bank, N.A.